U.S. BANK NATIONAL ASSOCIATION TR U/S 6/01/98 (HOME EQUITY LOAN TRUST 1998-2), Appellant, v LINDA ALVAREZ, Respondent. [854 NYS2d 171]—

In order to establish its prima facie entitlement to summary judgment in a foreclosure action, a plaintiff must submit the mortgage and unpaid note, along with evidence of default (*see Hoffman v Kraus,* 260 AD2d 435, 436 [1999]; *Mahopac Natl. Bank v Baisley,* 244 AD2d 466, 467 [1997]). The burden then shifts to the defendant to demonstrate "the existence of a triable issue of fact as to a bona fide defense to the action, such as waiver, estoppel, bad faith, fraud, or oppressive or unconscionable conduct on the part of the plaintiff" (*id.* at 467; *see Nassau Trust Co. v Montrose Concrete Prods. Corp.,* 56 NY2d 175, 183 [1982]).

Here, after the plaintiff, the assignee of a note and mortgage executed by the defendant, established, prima facie, its entitlement to judgment as a matter of law, the defendant raised triable issues of fact concerning the defense of fraud and the counterclaim for rescission, which precluded the granting of summary judgment to the plaintiff (*see Bankers Trust Co. of Cal., N.A. v Sciarpelletti*, 28 AD3d 408, 411-412 [2006]; *State St. Bank & Trust Co. v Boayke*, 249 AD2d 535 [1998]; *Horowitz v Griggs*, 245 AD2d 486 [1997]).

The plaintiff's remaining contentions are without merit. Prudenti, P.J., Miller, Dillon and McCarthy, JJ., concur.